**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MARCUS PIZARRO, on behalf of himself,
individually, and all other persons similarly situated,

                    Plaintiff,

      -against-

VERITAS PROPERTY MANAGEMENT LLC, et al.,

                    Defendants.

-------------------------------------------------------------X

24-CV-10050 (RA) (VF)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to discuss the issues raised at ECF No. 13 is hereby scheduled for **Tuesday, August 12, 2025, at 3:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

DATED:    New York, New York
             July 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge