UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCUS PIZARRO, on behalf of himself,
individually, and all other persons similarly situated,

       Plaintiff**,**       **24-CV-10050 (RA) (VF)**

   -against-          **ORDER**


VERITAS PROPERTY MANAGEMENT LLC, et al.,

       Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  The parties are directed to provide the Court with an update on the status of mediation by **August 5, 2025.**

  SO ORDERED.

DATED:  New York, New York
      July 31, 2025

               _____
               VALERIE FIGUEREDO
               United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2025