**ROMERO LAW GROUP PLLC**
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

September 18, 2025

**Via ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **MEMO ENDORSED**
>
> [signature]
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated: 9/22/2025**
>
> The extension is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

Re:   *Marcus Pizzaro v. Veritas Property Management LLC, et al.*
       Docket No. 24-cv-10050-RA-VF

Dear Judge Figueredo:

This firm represents Plaintiff Marcus Pizarro in this matter against Defendants Veritas Property Management LLC, 2023 Belmont Avenue Housing Development Fund Corporation d/b/a 2023 Belmont Avenue HDFC and James Maistre (collectively as "Defendants") for alleged violations of the Fair Labor Standards Act, New York Labor Law and New York common law. The Court entered an order that terminated all pretrial deadlines, and directed that a status report or a motion for approval of the parties' settlement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims, be filed by September 18, 2025. The parties have negotiated and are finalizing the terms of their formal settlement agreement. The parties will next need to obtain the parties' signatures on their formal settlement and prepare their motion for approval. Accordingly, Plaintiff requests, on behalf of all parties, that he be permitted to file a further status report or motion for approval on or before October 20, 2025.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

 /S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record