**ROMERO LAW GROUP PLLC**
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

October 20, 2025

**MEMO ENDORSED**
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: 10/23/2025

The extension is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

<u>Via ECF</u>
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Marcus Pizzaro v. Veritas Property Management LLC, et al.*
      <u>Docket No. 24-cv-10050-RA-VF</u>

Dear Judge Figueredo:

This firm represents Plaintiff Marcus Pizarro in this matter against Defendants Veritas Property Management LLC, 2023 Belmont Avenue Housing Development Fund Corporation d/b/a 2023 Belmont Avenue HDFC and James Maistre (collectively as "Defendants") for alleged violations of the Fair Labor Standards Act, New York Labor Law and New York common law. The Court entered an order that terminated all pretrial deadlines, and directed that a status report or a motion for approval of the parties' settlement, pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims, be filed by October 20, 2025. The parties have negotiated and finalized the terms of their formal settlement agreement. The parties are in the process of executing their formal settlement and preparing their motion for approval. Due to Plaintiff's counsel's extremely active litigation schedule, including being engaged in motion practice for several substantive motions with overlapping deadlines, and the parties' need to confer regarding their motion for approval, the parties will require three to four weeks to submit their settlement materials. Accordingly, Plaintiff requests, on behalf of all parties, that he be permitted to file a further status report or motion for approval on or before November 20, 2025. The parties sought one prior extension of this deadline, which was granted.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

  /S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record