

Peter A. Romero, Esq.

David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 19, 2025**

The requested extension is GRANTED.
The Clerk of Court is respectfully directed
to terminate the motion at ECF No. 26.

November 18, 2025

**Via ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *Marcus Pizzaro v. Veritas Property Management LLC, et al.*
>        Docket No. 24-cv-10050-RA-VF

Dear Judge Figueredo:

This firm represents Plaintiff Marcus Pizarro in this matter against Defendants Veritas Property Management LLC, 2023 Belmont Avenue Housing Development Fund Corporation d/b/a 2023 Belmont Avenue HDFC and James Maistre (collectively as "Defendants") for alleged violations of the Fair Labor Standards Act, New York Labor Law and New York common law.  The Court entered an order that terminated all pretrial deadlines, and directed that a status report or a motion for approval of the parties' settlement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims, be filed by November 20, 2025.  The parties are in the process of preparing and conferring regarding their anticipated motion for approval.  Plaintiff also has not yet received a signed copy of an affidavit for confession of judgment, which is an exhibit that accompanies the parties' settlement agreement that must be provided prior to filing their motion for approval.  As a result, the partes require additional time to submit their settlement materials.  Accordingly, Plaintiff jointly requests, on behalf of and with the consent of all parties, that he be permitted to file a further status report or motion for approval on or before December 20, 2025.  The parties sought two prior extensions of this deadline, which were granted.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

  /S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record